THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CARLA A. FORD
Assistant United States Attorney
California State Bar No. 173380
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone:  (213) 894-3997
    Facsimile:  (213) 894-7819
    E-mail: carla.ford@usdoj.gov

Attorneys for Defendant John E. Potter, Postmaster General of the United States Postal Service

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BILLIE REDDIC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN E. POTTER, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE,<br><br>    Defendant. | CV 07-05686 RGK(PJWx)<br><br>**JUDGMENT GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>Hon. R. Gary Klausner |

The Motion For Summary Judgment filed by Defendant John E. Potter, Postmaster General of the United States Postal Service, came to this Court for hearing before the Honorable R. Gary Klausner, United States District Judge.  The Court having fully considered the evidence and the papers, the parties' counsel having had the opportunity to present argument, and a decision having been duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendant John E. Potter, Postmaster General of the United States Postal Service, that Plaintiff Billie Reddic take nothing, and that the above-entitled action be dismissed on the merits.

SO ORDERED this 25th day of August, 2008.

*/s/ Gary Klausner*
R. GARY KLAUSNER
JUDGE, U.S. DISTRICT COURT

Presented by:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


_____/s/_____
CARLA A. FORD
Assistant United States Attorney

Attorneys for Defendant John E. Potter, Postmaster General of the United States Postal Service

2